IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  William J. Myer, | : | Bankruptcy No. 15-70116-JAD |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | Related to Doc No. 52 & 53 |
| | : | |
| | : | Conciliation Conference Date: |
| | : | 10/19/2017 at 1:30 p.m. |
| | : | |

**CERTIFICATE OF SERVICE OF ORDER SCHEDULING HEARING
TOGETHER WITH AMENDED PLAN DATED 9/5/2017 AND NOTICE OF PROPOSED
MODIFICATION TO CONFIRMED PLAN**

   I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on September 6, 2017

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail and electronic mail via the ECF Notification System.

EXECUTED ON: September 6, 2017

By:    /s/ Aurelius Robleto
Aurelius Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Ave., Ste. 1306
Pittsburgh, PA 15222
(412) 925-8194
(412) 346-1035 Facsimile
apr@robletolaw.com

## Service by ECF

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Aurelius P. Robleto on behalf of Debtor William J. Myer
apr@robletolaw.com, rmk@robletolaw.com, mdg@robletolaw.com

Brett A. Solomon on behalf of Creditor Wells Fargo Dealer Services
bsolomon@tuckerlaw.com, dparanay@tuckerlaw.com;apetronchak@tuckerlaw.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

## Service by First-Class Mail

Credit Collections USA
256 Greenbag Rd., Ste 1
Morgantown, WV 26501-7158

First Premier Bank
601 S. Minnesota Ave.
Sioux Falls, SD 57104-4868

Indiana Healthcare Physician Services
9 North 7th Street
Suite 203
Indiana, PA 15701-1880

William J. Myer
201 South Main Street
Homer City, PA 15748-1520

Roberto Turnbull, MD
1177 South 6th Street
Indiana, PA 15701-3759

TM Frick Enterprises, LLC
56 S. 6th Street
Suite 100
Indiana, PA 15701-2757

U.S. Bank National Association
C/O Weinstein & Riley, P.S.
2001 Western Avenue, Ste. 400
Seattle, WA 98121-3132

Wells Fargo Dealer Services
PO Box 1697
Winterville, NC 28590-1697

APPLIED BANK
PO BOX 15809
WILMINGTON DE 19850-5809

Credit Management Co
2121 Noblestown Rd.
Pittsburgh, PA 15205-3956

H&R Block Bank
PO Box 30040
Tampa, FL 33630-3040

Indiana Regional Medical Center
PO Box 788
Indiana, PA 15701-0788

NCO Financial
PO Box 15273
Wilmington, DE 19850-5273

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

The HMC Group
Collection Agency

PO Box 16211
Cleveland, OH 44116-0211

Wells Fargo Bank, N.A.
P.O. Box 19657
Irvine, CA 92623-9657

Collection Service Center
PO Box 68
Altoona, PA 16603-0068

Diamond Medical Supply
1354 Oakland Avenue
Indiana, PA 15701-2844

H&R Block Bank
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380-0849

Midland Funding LLC
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255

NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

RRC
PO Box 341308
Memphis, TN 38184-1308

Tribute Compucredit Corp
PO Box 105555
Atlanta, GA 30348-5555