**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 15-70116-JAD |
| WILLIAM J. MYER, | Chapter 13 |
|     Debtor. | |
| ------------------------------------------------- | |
| WILLIAM J. MYER, | Doc. No. ____ |
|     Movant, | |
|         v. | |
| RONDA J. WINNECOUR, | |
| Chapter 13 Trustee, | |
|     Respondent. | |

**NOTICE OF HEARING ON DEBTOR'S
MOTION FOR APPROVAL OF MOTOR VEHICLE FINANCING**

TO THE RESPONDENT(S):

     You are hereby notified that the above Movant seeks an order affecting your rights or property. You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than April 14, 2018, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules Of Bankruptcy Procedure, Local Rules And Procedures of this Court, and the procedure of the Presiding Judge as found on the Judge's web page at http://www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing. Please refer to the Judge's calendar posted on the web site at http://www.pawb.uscourts.gov to verify if a default order was signed or if the hearing will go forward as scheduled.

     You should take this to your lawyer at once.

     A hearing will be held on May 4, 2018 at 11:00 a.m. before Chief Judge Deller in p51 Courtroom B, Penn Traffic Bldg., 319 Washington Street, Johnstown, PA 15901. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date Of Service: March 28, 2018              Respectfully submitted:

                                                                             /s/ Aurelius Robleto
                                                                             Aurelius P. Robleto
                                                                             PA ID No. 94633
                                                                             401 Liberty Avenue, Suite 1306
                                                                             Pittsburgh, PA 15222
                                                                             T:(412) 925-8194
                                                                             F:(412) 346-1035
                                                                             apr@robletolaw.com