**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSLVANIA**

| | |
|---|---|
| In re: | Case No. 15-70116-JAD |
| WILLIAM J. MYER, | Chapter 13 |
|     Debtor. | |
| ------------------------------------------------- | |
| WILLIAM J. MYER, | Doc. No. ____ |
|     Movant, | |
|               v. | |
| RONDA J. WINNECOUR, Chapter 13 Trustee, | |
|     Respondent. | |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING TOGETHER WITH**
**MOTION FOR APPROVAL OF MOTOR VEHICLE FINANCING**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 28, 2018

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  email via the ECF notification system.

EXECUTED ON: March 28, 2018

                                            Respectfully submitted:

                                            /s/ Aurelius Robleto
                                          Aurelius P. Robleto
                                          PA ID No. 94633
                                          ROBLETO LAW, PLLC
                                          Three Gateway Center
                                          401 Liberty Avenue, Suite 1306
                                          Pittsburgh, PA 15222
                                          Tel:    (412) 925-8194
                                          Fax:   (412) 346-1035
                                          apr@robletolaw.com

**15-70116-JAD Notice will be electronically mailed to:**

**Office of the United States Trustee**
**ustpregion03.pi.ecf@usdoj.gov**

**Aurelius P. Robleto on behalf of Debtor William J. Myer**
**apr@robletolaw.com**, **rmk@robletolaw.com**,**mdg@robletolaw.com**,**apr@ecf.courtdrive.com**

**Brett A. Solomon on behalf of Creditor Wells Fargo Dealer Services**
**bsolomon@tuckerlaw.com**,
**agilbert@tuckerlaw.com**;**cabbott@tuckerlaw.com**;**dparanay@tuckerlaw.com**

**James Warmbrodt on behalf of Creditor Nationstar Mortgage LLC as Servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATI**
**bkgroup@kmllawgroup.com**

**James Warmbrodt on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL**
**bkgroup@kmllawgroup.com**

**Ronda J. Winnecour**
**cmecf@chapter13trusteewdpa.com**