# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Case No. 15-70116-JAD |
| WILLIAM J. MYER, | Chapter 13 |
|     Debtor. | Related to Doc. No. _____ |
| ------------------------------------------------ | Doc. No. _____ |
| ROBLETO LAW, PLLC, | |
|     Movant, | |
|         v. | |
| WILLIAM J. MYER and | |
| RONDA J. WINNECOUR, | |
| Standing Chapter 13 Trustee, | |
|     Respondents. | |

### SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7, 12 AND 13 ON BEHALF OF ROBLETO LAW, PLLC

To All Creditors and Parties in Interest:

1. Applicant represents the Debtor.
2. This is (check one)
   _____ a final application
   ✓ an interim application
   for the period September 15, 2014 to March 29, 2018.
3. Previous retainer paid to Applicant: $190.00
4. Previous interim compensation allowed to Applicant: $3,810.00.
5. Applicant requests additional:
   Compensation of $2,346.00.
   Reimbursement of Expenses of $105.20
6. A hearing on the Application will be held on May 4, 2018 at 11:00 A.M. p51 Courtroom B, Penn Traffic Bldg., 319 Washington Street, Johnstown, PA 15901.
7. Any written objections must be filed with the court and served on the Applicant on or before April 15, 2018, (fourteen (14) days from the date of this notice plus an additional three (3) days if served by mail). Copies of the application are available from the applicant.

Date of service: March 29, 2018

/s/ Aurelius Robleto
Aurelius P. Robleto
PA ID No. 94633
ROBLETO LAW, PLLC
Three Gateway Center
401 Liberty Avenue, Suite 1306
Pittsburgh, PA 15222
Tel: (412) 925-8194
Fax: (412) 346-1035
apr@robletolaw.com

(Note: 1. Scheduling dates in this Notice shall comply with Local Rules. 2. The full application need be served only upon Debtor, counsel for Debtor, the U.S. Trustee, and the trustee and counsel for the trustee. 3. Applicant shall serve this Notice on all creditors and parties in interest including any person who has filed a request for notices. 4. A certificate of service shall be filed with this Notice and the application.)

**PAWB Local Form 8 (07/13)**