**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 15-70116-JAD |
| WILLIAM J. MYER, | Chapter 13 |
|     Debtor. | Related to Doc. No. _____ |
| ------------------------------------------------ | Doc. No. _____ |
| ROBLETO LAW, PLLC, | |
|     Movant, | |
|           v. | |
| WILLIAM J. MYER and RONDA J. WINNECOUR, Standing Chapter 13 Trustee, | |
|     Respondents. | |

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING TOGETHER WITH**
**FIRST APPLICATION OF ROBLETO LAW, PLLC FOR INTERIM**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on March 29, 2018

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  First Class Mail and electronic Notification via the ECF Notification System.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: March 29, 2018                        Respectfully submitted:

                                                    /s/ Aurelius Robleto
                                              Aurelius P. Robleto
                                              PA ID No. 94633
                                              ROBLETO LAW, PLLC
                                              Three Gateway Center
                                              401 Liberty Avenue, Suite 1306
                                              Pittsburgh, PA 15222
                                              Tel:  (412) 925-8194
                                              Fax:  (412) 346-1035
                                              apr@robletolaw.com

**15-70116-JAD Notice by First-Class Mail:**

William J. Myer
201 South Main Street
Homer City, PA 15748-1520

**15-70116-JAD Notice will be electronically mailed to:**

**Office of the United States Trustee**
**ustpregion03.pi.ecf@usdoj.gov**

**Aurelius P. Robleto on behalf of Debtor William J. Myer**
**apr@robletolaw.com**, **rmk@robletolaw.com**,**mdg@robletolaw.com**,**apr@ecf.courtdrive.com**

**Brett A. Solomon on behalf of Creditor Wells Fargo Dealer Services**
**bsolomon@tuckerlaw.com**,
**agilbert@tuckerlaw.com**;**cabbott@tuckerlaw.com**;**dparanay@tuckerlaw.com**

**James Warmbrodt on behalf of Creditor Nationstar Mortgage LLC as Servicer for U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATI**
**bkgroup@kmllawgroup.com**

**James Warmbrodt on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL**
**bkgroup@kmllawgroup.com**

**Ronda J. Winnecour**
**cmecf@chapter13trusteewdpa.com**