IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| William Myer | : | Case No.15-70116JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Claim: |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| TM Frick Enterprises LLC | : | |
| | : | Hearing Date |
| Respondent(s) | | |

## WITHDRAWAL OF TRUSTEE'S MOTION TO DEEM MORTGAGE PAID IN FULL AND TO COMPEL PRODUCTION OF PROOF OF SATISFACTION

The Trustee's Motion to Deem Mortgage Paid in full and to Compel Production of Proof of Satisfaction filed on this case on August 8, 2018 (document #73) is hereby WITHDRAWN. Therefore, the hearing scheduled for September 21, 2018, is hereby cancelled.

Respectfully submitted

8/24/18                                    /s/ Ronda J. Winnecour

Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| William Myer | : | Case No.15-70116JAD |
| | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Claim: |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| TM Frick Enterprises LLC | : | |
| | : | Hearing Date |
| Respondent(s) | | |

CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

William J. Meyer
201 South Main Street
Homer City PA 15748

Aurelius P. Robleto, Esquire
Three Gateway Center
401 Liberty Avenue
Suite 1306
Pittsburgh PA 15222

TM Frick Enterprises LLC
56 South 6th Street
Suite 100
Indiana PA 15701


8/24/18                    /S/ Dianne DeFoor___
date                       Office of the Chapter 13 Trustee
                           US Steel Tower – Suite 3250
                           600 Grant Street
                           Pittsburgh, PA  15219
                           (412) 471-5566