Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William J. Myer**
Debtor(s)

Bankruptcy Case No.: 15–70116–JAD
Doc. No. 90
Chapter: 13
Docket No.: 91 – 90
Concil. Conf.: April 16, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **February 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **March 16, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **April 16, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: January 14, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-70116-JAD
William J. Myer                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch              Page 1 of 2              Date Rcvd: Jan 14, 2020
                              Form ID: 410            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db             +William J. Myer,    201 South Main Street,    Homer City, PA 15748-1520
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr             +Wells Fargo Dealer Services,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                 1500 One PPG Place,    Pittsburgh, PA 15222-5413
13999280       +Diamond Medical Supply,    1354 Oakland Avenue,    Indiana, PA 15701-2844
13999281       +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
14042004       +H&R Block Bank,   c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13999283       +Indiana Healthcare Physician Services,    9 North 7th Street,    Suite 203,
                 Indiana, PA 15701-1880
13999284       +Indiana Regional Medical Center,    PO Box 788,   Indiana, PA 15701-0788
13999286      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,     350 Highland Drive,    Lewisville, TX    75067)
13999289       +RRC,   7005 Middlebrook Pike,    Knoxville, TN 37909-1156
13999288       +Roberto Turnbull, MD,    1177 South 6th Street,    Indiana, PA 15701-3759
13999291       +TM Frick Enterprises, LLC,    56 S. 6th Street,    Suite 100,   Indiana, PA 15701-2757
13999290       +The HMC Group,   Collection Agency,    PO Box 16211,    Cleveland, OH 44116-0211
13999292       +Tribute Compucredit Corp,    PO Box 105555,   Atlanta, GA 30348-5555
14797252       +U.S. Bank National Association,    c/o Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,
                 P.O. Box 619096,   Dallas, TX 75261-9096
14012545        Wells Fargo Bank, N.A.,    P.O. Box 19657,   Irvine, CA 92623-9657
13999293       +Wells Fargo Dealer Services,    PO Box 1697,   Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13999275        E-mail/Text: bnc-applied@quantum3group.com Jan 15 2020 03:08:20      Applied Bank,
                 PO Box 10210,    Wilmington, DE   19850
13999277       +E-mail/Text: ccusa@ccuhome.com Jan 15 2020 03:07:07      Credit Collections USA,
                 256 Greenbag Rd., Ste 1,    Morgantown, WV 26501-7158
13999278       +E-mail/Text: bdsupport@creditmanagementcompany.com Jan 15 2020 03:08:22
                 Credit Management Co,    2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
13999282        E-mail/Text: dleabankruptcy@hrblock.com Jan 15 2020 03:07:11      H&R Block Bank,    PO Box 30040,
                 Tampa, FL   33630-3040
13999285       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 15 2020 03:07:52      Midland Funding LLC,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13999287       +E-mail/Text: bankruptcydepartment@tsico.com Jan 15 2020 03:08:32      NCO Financial,
                 PO Box 15273,    Wilmington, DE 19850-5273
14012422       +E-mail/Text: bncmail@w-legal.com Jan 15 2020 03:08:08      U.S. Bank National Association,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC as Servicer for U.S. BANK
cr              U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES
13999279*      +Credit Management Company,    2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
13999276      ##+Collection Service Center,    PO Box 68,   Altoona, PA 16603-0068
                                                                                TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.



**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                  Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: msch              Page 2 of 2            Date Rcvd: Jan 14, 2020
                              Form ID: 410            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2020 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor William J. Myer apr@robletolaw.com,  rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Brett A. Solomon    on behalf of Creditor    Wells Fargo Dealer Services bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              James Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC as Servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION,
               AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATI bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
               BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```