## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br> WILLIAM J. MYER, <br>     Debtor. | Case No. 15-70116-JAD <br><br> Chapter 13 |
| WILLIAM J. MYER, <br>     Movant, <br> v. <br> RONDA J. WINNECOUR, ESQ., <br> Standing Chapter 13 Trustee, <br>     Respondent. | Related to Doc. No. 1 <br><br> Doc. No. ____ |

### DEBTOR'S CERTIFICATE OF DISCHARGE ELIGIBILITY

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligations.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On June 15, 2015 at docket number 31, the Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

Dated: February 27, 2020

                                                       */s/ William J. Myer*
                                                     William Myer

                                                     Respectfully submitted,

                                                     /s/ Aurelius Robleto
                                                     Aurelius P. Robleto
                                                     PA ID No. 94633
                                                     ROBLETO KURUCE, PLLC
                                                     6101 Penn Ave., Ste. 201
                                                     Pittsburgh, PA 15206
                                                     Tel: (412) 925-8194
                                                     Fax: (412) 346-1035
                                                     apr@robletolaw.com