**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**William J. Myer**
    Debtor(s)

Bankruptcy Case No.: 15–70116–JAD
Doc. No. 96
Chapter: 13
Docket No.: 97 – 96

### ORDER SETTING DATE CERTAIN
### FOR RESPONSE AND HEARING ON MOTION

    **AND NOW,** this The 26th of February, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

    **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/24/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/3/20 at 11:00 AM in Courtroom B, First Floor, Penn Traffic Building, 319 Washington Street, Johnstown, PA 15901** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/24/20.**

                                                 Jeffery A. Deller
                                         United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 15-70116-JAD
William J. Myer                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-7          User: msch          Page 1 of 2          Date Rcvd: Feb 26, 2020
                             Form ID: 408         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
```
db            +William J. Myer,    201 South Main Street,   Homer City, PA 15748-1520
cr            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,   ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
               6409 Congress Ave., Suite 100,   Boca Raton, FL 33487-2853
cr            +Wells Fargo Dealer Services,   c/o Brett A. Solomon, Esquire,   Tucker Arensberg, P.C.,
               1500 One PPG Place,   Pittsburgh, PA 15222-5413
13999280      +Diamond Medical Supply,   1354 Oakland Avenue,   Indiana, PA 15701-2844
13999281      +First Premier Bank,   601 S. Minnesota Ave.,   Sioux Falls, SD 57104-4868
14042004      +H&R Block Bank,   c/o Creditors Bankruptcy Service,   P.O. Box 800849,   Dallas, TX 75380-0849
13999283      +Indiana Healthcare Physician Services,   9 North 7th Street,   Suite 203,
               Indiana, PA 15701-1880
13999284      +Indiana Regional Medical Center,   PO Box 788,   Indiana, PA 15701-0788
13999286      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    350 Highland Drive,   Lewisville, TX   75067)
13999289      +RRC,   7005 Middlebrook Pike,   Knoxville, TN 37909-1156
13999288      +Roberto Turnbull, MD,   1177 South 6th Street,   Indiana, PA 15701-3759
13999291      +TM Frick Enterprises, LLC,   56 S. 6th Street,   Suite 100,   Indiana, PA 15701-2757
13999290      +The HMC Group,   Collection Agency,   PO Box 16211,   Cleveland, OH 44116-0211
13999292      +Tribute Compucredit Corp,   PO Box 105555,   Atlanta, GA 30348-5555
14797252      +U.S. Bank National Association,   c/o Nationstar Mortgage LLC,   Attn: Bankruptcy Dept.,
               P.O. Box 619096,   Dallas, TX 75261-9096
14012545       Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
13999293      +Wells Fargo Dealer Services,   PO Box 1697,   Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13999275       E-mail/Text: bnc-applied@quantum3group.com Feb 27 2020 03:21:00    Applied Bank,
               PO Box 10210,   Wilmington, DE  19850
13999277      +E-mail/Text: ccusa@ccuhome.com Feb 27 2020 03:19:24    Credit Collections USA,
               256 Greenbag Rd., Ste 1,   Morgantown, WV 26501-7158
13999278      +E-mail/Text: bdsupport@creditmanagementcompany.com Feb 27 2020 03:21:03
               Credit Management Co,   2121 Noblestown Rd.,   Pittsburgh, PA 15205-3956
13999282       E-mail/Text: dleabankruptcy@hrblock.com Feb 27 2020 03:19:29    H&R Block Bank,   PO Box 30040,
               Tampa, FL  33630-3040
13999285      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2020 03:20:25    Midland Funding LLC,
               8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
13999287      +E-mail/Text: bankruptcydepartment@tsico.com Feb 27 2020 03:21:22    NCO Financial,
               PO Box 15273,   Wilmington, DE 19850-5273
14012422      +E-mail/Text: bncmail@w-legal.com Feb 27 2020 03:20:42    U.S. Bank National Association,
               C/O Weinstein & Riley, P.S.,   2001 Western Avenue, Ste. 400,   Seattle, WA 98121-3132
                                                                                       TOTAL: 7


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Nationstar Mortgage LLC as Servicer for U.S. BANK
cr             U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES
13999279*     +Credit Management Company,   2121 Noblestown Rd.,   Pittsburgh, PA 15205-3956
13999276      ##+Collection Service Center,   PO Box 68,   Altoona, PA 16603-0068
                                                                       TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                         Signature:   /s/Joseph Speetjens

District/off: 0315-7          User: msch               Page 2 of 2            Date Rcvd: Feb 26, 2020
                             Form ID: 408              Total Noticed: 24

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor William J. Myer apr@robletolaw.com,   rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Brett A. Solomon    on behalf of Creditor   Wells Fargo Dealer Services bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              James  Warmbrodt    on behalf of Creditor   Nationstar Mortgage LLC as Servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION,
               AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATI bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
               BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                    TOTAL: 6