**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM J MYER<br><br>        Debtor(s)<br><br>Ronda J. Winnecour<br>  Chapter 13 Trustee,<br>        Movant<br>        vs.<br>No Respondents. | Case No.:15-70116 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

  February 25, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/23/2015 and confirmed on 5/11/15. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 85,467.35 |
| Less Refunds to Debtor | 544.41 | |
| TOTAL AMOUNT OF PLAN FUND | | 84,922.94 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,351.20 | |
|    Trustee Fee | 3,428.41 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 9,779.61 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - TRUSTEE | 25,433.86 | 25,433.86 | 0.00 | 25,433.86 |
|     Acct: 1206 | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 26,907.85 | 0.00 | 26,907.85 |
|     Acct: 1206 | | | | |
|   US BANK NA - TRUSTEE | 2,420.63 | 2,420.63 | 0.00 | 2,420.63 |
|     Acct: 1206 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS F. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1396 | | | | |
|   TM FRICK ENTERPRISES LLC | 15,992.89 | 15,992.89 | 0.00 | 15,992.89 |
|     Acct: 123 | | | | |
| | | | | 70,755.23 |
| **Priority** | | | | |
|   AURELIUS P ROBLETO ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM J MYER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM J MYER | 544.41 | 544.41 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBLETO LAW PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AURELIUS P ROBLETO ESQ** | 3,810.00 | 3,810.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   AURELIUS P ROBLETO ESQ** | 2,541.20 | 2,541.20 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXX9-18 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   APPLIED BANK* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3915 | | | | |
|   COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: RCSR | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1601 | | | | |
|   CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |

15-70116 JAD                                                                                           Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3501 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6710 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9479 | | | | |
|   CREDIT MANAGEMENT CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 648 | | | | |
|   DIAMOND MEDICAL SUPPLY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 135 | | | | |
|   FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2301 | | | | |
|   H & R BLOCK BANK | 926.67 | 926.67 | 0.00 | 926.67 |
| Acct: 4734 | | | | |
|   INDIANA HEALTHCARE PHYSICIANS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8942 | | | | |
|   INDIANA REGIONAL MEDICAL CNTR | 3,461.43 | 3,461.43 | 0.00 | 3,461.43 |
| Acct: 9897 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3238 | | | | |
|   NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7823 | | | | |
|   ROBERTO TURNBULL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0980 | | | | |
|   REVENUE RECOVERY CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1101 | | | | |
|   HMC GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5273 | | | | |
|   COMPUCREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2351 | | | | |
| | | | | 4,388.10 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 75,143.33 |

| TOTAL | |
|---|---:|
| CLAIMED | 0.00 |
| PRIORITY | 43,847.38 |
| SECURED | 4,388.10 |

Date: 02/25/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　WILLIAM J MYER<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　　vs.<br>　No Repondents. | Case No.:15-70116 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                          Case No. 15-70116-JAD
William J. Myer                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-7          User: msch              Page 1 of 2          Date Rcvd: Feb 26, 2020
                              Form ID: pdf900         Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db            +William J. Myer,    201 South Main Street,    Homer City, PA 15748-1520
cr            +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,     ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
                6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr            +Wells Fargo Dealer Services,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
                1500 One PPG Place,    Pittsburgh, PA 15222-5413
13999280      +Diamond Medical Supply,    1354 Oakland Avenue,    Indiana, PA 15701-2844
13999281      +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
14042004      +H&R Block Bank,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13999283      +Indiana Healthcare Physician Services,    9 North 7th Street,    Suite 203,
                Indiana, PA 15701-1880
13999284      +Indiana Regional Medical Center,    PO Box 788,    Indiana, PA 15701-0788
13999286     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage,     350 Highland Drive,    Lewisville, TX   75067)
13999289      +RRC,   7005 Middlebrook Pike,    Knoxville, TN 37909-1156
13999288      +Roberto Turnbull, MD,    1177 South 6th Street,    Indiana, PA 15701-3759
13999291      +TM Frick Enterprises, LLC,    56 S. 6th Street,    Suite 100,    Indiana, PA 15701-2757
13999290      +The HMC Group,    Collection Agency,    PO Box 16211,   Cleveland, OH 44116-0211
13999292      +Tribute Compucredit Corp,    PO Box 105555,    Atlanta, GA 30348-5555
14797252      +U.S. Bank National Association,    c/o Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,
                P.O. Box 619096,    Dallas, TX 75261-9096
14012545       Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13999293      +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13999275       E-mail/Text: bnc-applied@quantum3group.com Feb 27 2020 03:20:59      Applied Bank,
                PO Box 10210,    Wilmington, DE   19850
13999277      +E-mail/Text: ccusa@ccuhome.com Feb 27 2020 03:19:24      Credit Collections USA,
                256 Greenbag Rd., Ste 1,    Morgantown, WV 26501-7158
13999278      +E-mail/Text: bdsupport@creditmanagementcompany.com Feb 27 2020 03:21:03
                Credit Management Co,    2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
13999282       E-mail/Text: dleabankruptcy@hrblock.com Feb 27 2020 03:19:29      H&R Block Bank,    PO Box 30040,
                Tampa, FL   33630-3040
13999285      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2020 03:20:24      Midland Funding LLC,
                8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13999287      +E-mail/Text: bankruptcydepartment@tsico.com Feb 27 2020 03:21:20      NCO Financial,
                PO Box 15273,    Wilmington, DE 19850-5273
14012422      +E-mail/Text: bncmail@w-legal.com Feb 27 2020 03:20:42      U.S. Bank National Association,
                C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                               TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC as Servicer for U.S. BANK
cr              U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES
13999279*      +Credit Management Company,    2121 Noblestown Rd.,   Pittsburgh, PA 15205-3956
13999276      ##+Collection Service Center,    PO Box 68,   Altoona, PA 16603-0068
                                                                              TOTALS: 2, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-7          User: msch                 Page 2 of 2            Date Rcvd: Feb 26, 2020
                              Form ID: pdf900            Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2020 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor William J. Myer apr@robletolaw.com,  rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Brett A. Solomon    on behalf of Creditor    Wells Fargo Dealer Services bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              James  Warmbrodt     on behalf of Creditor    Nationstar Mortgage LLC as Servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION,
               AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATI bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
               BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```