**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/25/20 5:48 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
WILLIAM J MYER

    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Bankruptcy No. 15-70116-JAD

Chapter 13

Related to Doc. No. 96

**ORDER OF COURT**

AND NOW, this <u>25th</u> day of <u>March</u>, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1) This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2) The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3) To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4) Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5) Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6) After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

*/s/ Jeffery A. Deller*   mas

JEFFERY A. DELLER
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-70116-JAD
William J. Myer                                                         Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: lfin           Page 1 of 2           Date Rcvd: Mar 25, 2020
                              Form ID: pdf900      Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
```
db         +William J. Myer,    201 South Main Street,    Homer City, PA 15748-1520
cr         +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
             6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr         +Wells Fargo Dealer Services,    c/o Brett A. Solomon, Esquire,    Tucker Arensberg, P.C.,
             1500 One PPG Place,    Pittsburgh, PA 15222-5413
13999280   +Diamond Medical Supply,    1354 Oakland Avenue,    Indiana, PA 15701-2844
13999281   +First Premier Bank,    601 S. Minnesota Ave.,    Sioux Falls, SD 57104-4868
14042004   +H&R Block Bank,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13999283   +Indiana Healthcare Physician Services,    9 North 7th Street,    Suite 203,
             Indiana, PA 15701-1880
13999284   +Indiana Regional Medical Center,    PO Box 788,    Indiana, PA 15701-0788
13999286  ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage,     350 Highland Drive,    Lewisville, TX   75067)
13999289   +RRC,    7005 Middlebrook Pike,    Knoxville, TN 37909-1156
13999288   +Roberto Turnbull, MD,    1177 South 6th Street,    Indiana, PA 15701-3759
13999291   +TM Frick Enterprises, LLC,    56 S. 6th Street,    Suite 100,    Indiana, PA 15701-2757
13999290   +The HMC Group,    Collection Agency,    PO Box 16211,    Cleveland, OH 44116-0211
13999292   +Tribute Compucredit Corp,    PO Box 105555,    Atlanta, GA 30348-5555
14797252   +U.S. Bank National Association,    c/o Nationstar Mortgage LLC,    Attn: Bankruptcy Dept.,
             P.O. Box 619096,    Dallas, TX 75261-9096
14012545    Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13999293   +Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13999275     E-mail/Text: bnc-applied@quantum3group.com Mar 26 2020 04:54:59     Applied Bank,
             PO Box 10210,    Wilmington, DE  19850
13999277    +E-mail/Text: ccusa@ccuhome.com Mar 26 2020 04:51:30      Credit Collections USA,
             256 Greenbag Rd., Ste 1,    Morgantown, WV 26501-7158
13999278    +E-mail/Text: bdsupport@creditmanagementcompany.com Mar 26 2020 04:55:06
             Credit Management Co,    2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
13999282     E-mail/Text: dleabankruptcy@hrblock.com Mar 26 2020 04:51:36      H&R Block Bank,    PO Box 30040,
             Tampa, FL  33630-3040
13999285    +E-mail/Text: bankruptcydpt@mcmcg.com Mar 26 2020 04:54:03      Midland Funding LLC,
             8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13999287    +E-mail/Text: bankruptcydepartment@tsico.com Mar 26 2020 04:55:28      NCO Financial,
             PO Box 15273,    Wilmington, DE 19850-5273
14012422    +E-mail/Text: bncmail@w-legal.com Mar 26 2020 04:54:31      U.S. Bank National Association,
             C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 7
```
```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Nationstar Mortgage LLC as Servicer for U.S. BANK
cr              U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCES
13999279*      +Credit Management Company,    2121 Noblestown Rd.,    Pittsburgh, PA 15205-3956
13999276     ##+Collection Service Center,    PO Box 68,    Altoona, PA 16603-0068
                                                                               TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                              Signature:  /s/Joseph Speetjens

```
District/off: 0315-7           User: lfin                 Page 2 of 2            Date Rcvd: Mar 25, 2020
                               Form ID: pdf900            Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              Aurelius P. Robleto    on behalf of Debtor William J. Myer apr@robletolaw.com,  rmk@robletolaw.com,
               ecf_admin@robletolaw.com,apr@ecf.courtdrive.com,G16422@notify.cincompass.com
              Brett A. Solomon    on behalf of Creditor    Wells Fargo Dealer Services bsolomon@tuckerlaw.com,
               agilbert@tuckerlaw.com
              James  Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC as Servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION,
               AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATI bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR
               IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE
               BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRIL bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```